IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

WILLIAM HILLMAN, JR.                                          PETITIONER

VS.                                         CIVIL ACTION NO. 5:11-cv-6(DCB)
                                            Criminal No. 5:08-cr-25(DCB)(JCS)

UNITED STATES OF AMERICA                                      RESPONDENT

ORDER

This cause is before the Court on the petitioner William Hillman, Jr.'s motion **(docket entry 49)** for order directing service of the government's response to Hillman's Motion to Vacate, and setting time for Hillman's reply. Having carefully considered the motion and the government's response, and being fully advised in the premises, the Court finds as follows:

The petitioner acknowledges that the government filed its response to the Motion to Vacate on January 13, 2012; however, he represents that he did not receive a copy of the response, despite the certificate service which states that a copy was mailed to William Hillman, Jr., Inmate No: 10633-035, LSCI, P.O. Box 999, Butner, NC 27509.

In its response, the government states that it has re-mailed a copy of its response to the petitioner, and that it does not oppose additional time being granted to the petitioner to file a reply brief.

Accordingly,

IT IS HEREBY ORDERED that the petitioner William Hillman,

Jr.'s motion **(docket entry 49)** for order directing service of the government's response to Hillman's Motion to Vacate, and setting time for Hillman's reply, is GRANTED;

FURTHER ORDERED that the petitioner shall have twenty (20) days from his receipt of the government's response, or twenty (20) days from the date of entry of this Order, whichever is the later date, to file a reply brief.

SO ORDERED, this the 3rd day of May, 2012.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE