IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                                              CRIMINAL NO. 5:08-cr-25(DCB)(JCS)
                                                 CIVIL NO. 5:11-cv-6(DCB)

WILLIAM HILLMAN, JR.                                                    DEFENDANT

ORDER

This cause is before the Court on the defendant's motion to vacate under 28 U.S.C. §2255, and on the government's preliminary response.

The Court finds that the defendant alleges that his former counsel, Thomas E. Royals, Esq., was ineffective. The Court further finds that the defendant has thereby waived his right to claim an attorney-client privilege in regard to these proceedings. Accordingly,

IT IS HEREBY ORDERED that the government furnish copies of the defendant's motion to vacate under § 2255 to Thomas E. Royals, Esq., former counsel for the defendant in the above-referenced criminal proceedings; and that said former counsel for the defendant respond to the allegations made by the defendant in his motion, within thirty (30) days from the date of entry of this Order, by written affidavit, said affidavit to be furnished to the government;

FURTHER ORDERED that the government shall file its response to the defendant's motion to vacate under § 2255 no later than thirty

(30) days after the submission of the above-referenced affidavit.

SO ORDERED, this the 18th day of June, 2012.

/s/ David Bramlette  
UNITED STATES DISTRICT JUDGE